**FILED**

JAN 1 6 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
  DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SANDRA McDERMOTT,

          Plaintiff,

    v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

          Defendant.

CIV.S- 0 - 0081   PAN

Misc. S-03-0011-PAN

ORDER

—o0o—

    Plaintiff seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's affidavit demonstrates that because of poverty she cannot pay or give security for the costs and still be able to provide herself with the necessities of life. See Adkins v. E.I. Dupont de Nemours & Co., 335 U.S. 331, 339 (1948). Accordingly, plaintiff's application is granted.

    The clerk of the court is directed to open a civil file.

////

1  The United States Marshal shall serve process pursuant to
2  plaintiff's instructions without payment of fees or expenses
3  thereof.  See 28 U.S.C. § 1915(d).
4  So ordered.
5  Dated: January 15, 2003.

_____
Peter A. Nowinski
United States Magistrate Judge

United States District Court
for the
Eastern District of California
January 16, 2003

* * CERTIFICATE OF SERVICE * *

2:03-cv-00081

McDermott

   v.

Social Security

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 16, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

| | |
|---|---|
| Eugenie Denise Mitchell<br>Brewer and Mitchell<br>1023 H Street<br>Suite B5<br>Sacramento, CA  95814<br>(order directing service<br>cmp, status order, consent) | TM/PAN<br><br>USA (order, cmp & consent)<br><br>USM (1 sum, 1 USM285,<br>5 orders directing serv,<br>cmp, status order & consent) |

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk