**FILED**

DEC - 9 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY,

        Petitioner,              No. CIV S-02-0081 FCD PAN P

      vs.

GAIL LEWIS, Warden, et al.,

        Respondents.        ORDER

_____/

        On January 11, 2002, petitioner filed a habeas corpus petition and request for leave to proceed in forma pauperis.  On March 6, 2002, petitioner filed an amendment to his petition.

        Petitioner's request for leave to proceed in forma pauperis is granted.

        Within forty-five days plaintiff may file a "first-amended petition" containing all of his claims.

        So ordered.

DATED: ___DEC - 6 ____.

5

_____
UNITED STATES MAGISTRATE JUDGE

108/bb
anth0081.amd

United States District Court
for the
Eastern District of California
December 9, 2002


* * CERTIFICATE OF SERVICE * *


2:02-cv-00081


Anthony

      v.

Lewis


_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  December 9, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Michael Anthony                    TM/PAN
        J-12891
        PVSP-1
        Pleasant Valley State Prison
        P O Box 8504
        Coalinga, CA   93210

        Constance L Picciano
        Attorney General's Office for the State of California
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550


                                    Jack L. Wagner, Clerk


                                    BY: _____
                                        Deputy Clerk