**FILED**

FEB - 7 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

United States District Court

Eastern District of California

| | |
|---|---|
| Michael Anthony, | No. CIV S-02-0081 FCD PAN P |
|     Petitioner, | Order |
|   vs. | |
| GAIL LEWIS, Warden, et al., | |
|     Respondents. | |

-oOo-

Petitioner requests appointment of counsel on the grounds he is indigent and unable to afford counsel.

There is no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, whenever the court determines the interests of justice so require, representation may be provided for any financially eligible person who is seeking relief under section 18 U.S.C. § 2254. 18 U.S.C. § 3006A(a)(2)(B). Unless an evidentiary hearing is necessary, the decision to appoint counsel

1 | is discretionary. <u>Bashor v. Risley</u>, 730 F.2d 1228, 1234 (9th
2 | Cir.), cert. denied, 469 U.S. 838 (1984); Rule 8(c), Rules
3 | Governing § 2254 Cases. In exercising this discretion, the court
4 | must consider the likelihood of success on the merits and the
5 | petitioner's ability to articulate his claims in light of their
6 | legal complexity. <u>Weygandt v. Look</u>, 718 F.2d, 954 (9th Cir.
7 | 1983); <u>see</u> <u>also</u>, <u>LaMere v. Risley</u>, 827 F.2d 622, 626 (9th Cir.
8 | 1987)(no abuse of discretion to deny counsel where petitioner
9 | demonstrated "a good understanding of the issues and the ability
10 | to present forcefully and coherently his contentions.").
11 | Petitioner alleges ineffective assistance of counsel and
12 | violations of his right to due process. He articulates his
13 | claims well. He has made no showing he is likely to succeed on
14 | the merits.
15 | I therefore deny petitioner's January 8, 2003, request for
16 | the appointment of counsel.
17 | IT IS SO ORDERED.
18 | DATED: FEB -6 2003

Peter A. Nowinski
Magistrate Judge

/klh
/anth0081.deny cnsl

```
                United States District Court
                           for the
                  Eastern District of California
                      February 7, 2003


              * * CERTIFICATE OF SERVICE * *


                                    2:02-cv-00081
```

Anthony

   v.

Lewis

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 7, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Michael Anthony                        TM/PAN
    J-12891
    PVSP-1
    Pleasant Valley State Prison
    P O Box 8504
    Coalinga, CA  93210

    Constance L Picciano
    Attorney General's Office
    PO Box 944255
    1300 I Street, Suite 125
    Sacramento, CA 94244-2550
```

                                        Jack L. Wagner, Clerk

                                        BY: _____
                                              Deputy Clerk