

FILED

FEB 19 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

United States District Court

Eastern District of California

| | |
|---|---|
| Michael Anthony, | No. CIV S-02-0081 FCD PAN P |
|     Petitioner, | Order |
| vs. | |
| Gail Lewis, Warden, et al., | |
|     Respondents. | |

-oOo-

Petitioner is a state prisoner proceeding pro se and in forma pauperis in an application for a writ of habeas corpus. See 28 U.S.C. § 2254. On January 8, 2003, petitioner filed an amended petition pursuant to court order.

A "judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It



1 appears from the application that petitioner may be entitled to
2 relief.
3    I therefore direct respondent to file a response to
4 petitioner's application within 60 days from the date of this
5 order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer
6 shall be accompanied by any and all transcripts or other
7 documents relevant to the determination of the issues presented
8 in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.
9 Petitioner's traverse, if any, shall be filed and served within
10 30 days of service of an answer. If the response to petitioner's
11 application is a motion, petitioner's opposition or statement of
12 non-opposition shall be filed and served within 30 days of
13 service of the motion, and respondent's reply, if any, shall be
14 filed within 15 days thereafter. The Clerk of the Court shall
15 serve a copy of this order together with a copy of petitioner's
16 January 8, 2003, amended petition for a writ of habeas corpus
17 pursuant to 28 U.S.C. § 2254 on Jo Graves, Attorney General for
18 the State of California.
19 DATED: **FEB 18 2003**       .

             _____
             Peter A. Nowinski
             Magistrate Judge

/klh
/anth0081.svc am pet

2

```
                                                                ak
                      United States District Court
                                for the
                      Eastern District of California
                           February 19, 2003


                    * * CERTIFICATE OF SERVICE * *


                                           2:02-cv-00081


     Anthony

        v.

     Lewis

     _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  February 19, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Michael Anthony                            TM/PAN
        J-12891
        PVSP-1
        Pleasant Valley State Prison
        P O Box 8504
        Coalinga, CA   93210

        Jo Graves
        Attorney General's Office
        1300 I Street
        Suite 125
        Sacramento, CA  94244-2550
        w/copy of writ for hc



                                        Jack L. Wagner, Clerk

                                   BY:  _____
                                            Deputy Clerk
```