**FILED**

APR 2 5 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States District Court

Eastern District of California

Michael Anthony,

    Petitioner,           No. Civ. S 02-0081 FCD PAN P

  vs.                          Order

Gail Lewis, Warden, et al.,

    Respondents.

-oOo-

On April 16, 2003 respondent requested an extension of time to respond to petitioner's application for writ of habeas corpus. Good cause appearing, respondent's request is granted and time to respond is extended until 30 days from service of this order.

So ordered.

Dated: APR 2 4 2003 .

_____
Peter A. Nowinski
Magistrate Judge

G:\DOCS\NOW\DNOW1\PRISONER\anth0081.111.wpd

```
                United States District Court
                          for the
                Eastern District of California
                       April 25, 2003

              * * CERTIFICATE OF SERVICE * *

                                        2:02-cv-00081

   Anthony

       v.

   Lewis

   _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  April 25, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

       Michael Anthony                          TM/PAN
       J-12891 PVSP-1
       Pleasant Valley State Prison
       P O Box 8504
       Coalinga, CA   93210

       Constance L Picciano
       Attorney General's Office
       1300 I Street, Suite 125
       Sacramento, CA   94244-2550



                                        Jack L. Wagner, Clerk

                                        BY: _____
                                               Deputy Clerk
```