UNITED STATES COURT OF APPEALS

F I L E D

FOR THE NINTH CIRCUIT

APR 13 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MICHAEL ANTHONY. | No. 05-71476 |
| MICHAEL ANTHONY, <br><br> Petitioner, | D.C. No. CV-02-00081-FCD/PAN <br> Eastern District of California, <br> Sacramento |
| v. | ORDER |
| UNITES STATES DISTRICT COURT <br> FOR THE EASTERN DISTRICT OF <br> CALIFORNIA (SACRAMENTO), |  <br><br> APR 1 5 2005 <br> CLERK, U.S. DISTRICT COURT <br> EA. TERN DISTRICT OF CALIFORNIA <br> DEPUTY CLERK |
| Respondent, | |
| GAIL LEWIS, Warden, <br><br> Real Party in Interest. | |

Before: KOZINSKI, TALLMAN and CLIFTON, Circuit Judges

Petitioner has not demonstrated that this case warrants the intervention of

this court by means of the extraordinary remedy of mandamus. *See Bauman v.*

*United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition

is denied. All pending motions are denied as moot.

S:\MOATT\Panelord\04.04.05\orders\snr3\05-71476.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 1 3 2005

by
Deputy Clerk