IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY,

      Petitioner,                      No. CIV S-02-0081 FCD PAN P

      vs.

GAIL LEWIS, Warden, et al.,

      Respondents.                   ORDER

_____/

      Pursuant to Appendix A(f)(1) of the Local Rules and good cause appearing, IT IS HEREBY ORDERED that:

      1. This action is reassigned to Magistrate Judge John F. Moulds for all proceedings in accordance with Local Rule 72-302;

      2. The district judge assignment shall remain the same; and

/////
/////
/////
/////
/////
/////

1

3. Henceforth, the caption on documents filed in this action shall be shown as No. CIV S-02-0081 FCD JFM P.

DATED:      06/30          , 2005.

/s/
PETER A. NOWINSKI
UNITED STATES MAGISTRATE JUDGE

DATED: June 22, 2005.

UNITED STATES MAGISTRATE JUDGE

DATED:     06/30/2005     , 2005.

/s/
DAVID F. LEVI
CHIEF JUDGE
UNITED STATES DISTRICT COURT

/anth0081.rea