IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY,

    Petitioner,                    No. CIV S-02-0081 FCD JFM P

    vs.

GAIL LEWIS, Warden, et al.,

    Respondents.            ORDER

_____/

    Petitioner has requested an extension of time to file and serve objections to the October 11, 2005 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 24, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the October 11, 2005 findings and recommendations.

DATED: November 1, 2005.

UNITED STATES MAGISTRATE JUDGE

008/kf; anth0081.111