Michael Anthony, J-12891
P.V.S.P., C3-206
P.O. Box 8503
Coalinga, CA  93210




NOV 3 0 2005

In Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Anthony,<br>          Petitioner<br><br>   VS.<br><br>Gail Lewis, Warden, et al.,<br>          Respondants | No. CIV S-02-0081 FCD JFM P<br><br>NOTICE OF ADDRESS CHANGE |

TO THE ABOVE ENTITLED COURT:

Please take notice that petitioner has had a change of address. Petitoners new address is as follows:

>  Michael Anthony, J-12891
>  P.V.S.P., C3-206
>  P.O. Box 8503
>  Coalinga, CA  93210