## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL ANTHONY,**

CASE NO: **2:02–CV–00081–FCD–JFM**

v.

**GAIL LEWIS,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 1/5/06**

**Jack L. Wagner**
Clerk of the Court

ENTERED:   **January 5, 2006**

by: /s/ M. Marciel
Deputy Clerk