ORIGINAL

Michael Anthony, J-12891
P.V.S.P., C3-206
P.O. Box 8503
Coalinga, CA  93210

In Pro Per

**FILED**

FEB - 2 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Anthony<br>    Petitioner,<br><br>vs.<br><br>Gail Lewis, Warden, et al.,<br>    Respondant, | No. CIV S-02-0081 FCD JFM P<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT FROM THE JUDGMENT OF THE DISTRICT COURT<br><br>28 U.S.C. 2253 (a)(2)<br>FRAP 3 (a)(1)<br>FRAP 4 (a)(1)<br>FRAP 4 (c)<br>FRAP 22 (b) |

    Notice is hereby given that Michael Anthony (hereinafter "Petitioner"), in pro per, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final order and judgment of the United States District Court for the Eastern District of California, entered in this case on January 4, 2006, which petitioner received on January 10, 2006, accepting and adopting the findings and recommendations of the Magistrate Judge denying the petition for writ of habeas corpus.

    This application is based on this pleading as well as the entire file in this case. Petitioner submits that his claims

1.

demonstrate a denial of his Federal Constitutional right to effective assistance of trial counsel under the Sixth Amendment of the United States Constitution as well as the Constitutional right to Due Process of law pursuant to the Fourteenth Amendment of the United States Constitution. Additionally, petitioner was denied the right to good faith and fair dealing in contracting, guarenteed by Article 1, Section 10 of the United States Constitution.

Dated: 1/29/06

Respectfully Submitted:

Michael Anthony,
Petitioner in pro per

2.