UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103–1526

ATTENTION: RECORDS UNIT

| | |
|---|---|
| RE: | MICHAEL ANTHONY vs. GAIL LEWIS |
| USCA No.: | |
| | Volumes of Files: 1. |
| | Paper Documents: 1 to 22. |
| | Volumes of Expandable Folders: 2. |
| USDC No.: | 2:02–CV–00081–FCD–JFM |

The following Clerk's Record on Appeal (or Supplemental Record on Appeal) in the above entitled action is hereby transmitted to the Court of Appeals.
**Electronic Documents: 23 to 34.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**February 22, 2006**            /s/ **R. Matson**
                                 Deputy Clerk

RECEIVED BY: _____
                 USCA Deputy Clerk (Please Print)

DATE RECEIVED: _____