UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103–1526

ATTENTION: RECORDS UNIT

**RE:**        **MICHAEL ANTHONY vs. GAIL LEWIS**
**USCA No.:**  **06–15316**
**USDC No.:**  **2:02–CV–00081–FCD–JFM**

The following Clerk's Record on Appeal (or Supplemental Record on Appeal) in the above entitled action is hereby transmitted to the Court of Appeals.

**Volumes of Files: 1.**
**Paper Documents: 1 to 22.**
**Volumes of Expandable Folders: 1.**
**Electronic Documents: 23 to 36.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

                                           Very truly yours,

**March 8, 2006**                             /s/  **S. Kirkpatrick**
                                           Deputy Clerk

RECEIVED BY:
                                           USCA Deputy Clerk (Please Print)

DATE RECEIVED: