**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

March 12, 2007

Mr. John Ward
Attorney at Law
584 Castro, #802
San Francisco, CA 94114

FILED
MAR 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Re:   **Michael Anthony v. Lewis, Warden**
      Civ.S-02-081-FCD

Dear Mr. Ward:

This will confirm your appointment as counsel by the Honorable Frank C. Damrell, U.S. District Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:   Clerk's Office
      Ninth Circuit

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 09C | Anthony, Michael | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | Civ.S-02-081-FCD | 06-15316 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| Anthony v. Lewis, Warden | Appeal | Appellant | CA |

**11. OFFENSE(S) CHARGED**
Appeal from the denial of a habeas corpus

**12. ATTORNEY'S NAME AND MAILING ADDRESS**
Mr. John Ward, Esq.
584 Castro, #802
San Francisco, CA 94114

Telephone Number: (415) 255-4996

**13. COURT ORDER**
[signature]
2/16/07

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other | | | | | |
| (Rate per hour = $ 92) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work | | | | | |
| (Rate per hour = $ 92) TOTALS: | | | | | |
| 17. Travel Expenses | | | | | |
| 18. Other Expenses | | | | | |

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | DATE | 34a. JUDGE CODE |
|---|---|---|

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

FEB 0 8 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| MICHAEL ANTHONY, | No. 06-15316 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-02-00081-FCD Eastern District of California, Sacramento |
| v. | |
| GAIL LEWIS, Warden, | ORDER |
| Respondent - Appellee. | |

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for appointment of counsel in this habeas corpus appeal is granted. *See* 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Daniel Broderick, Federal Public Defender, 801 I Street, 3rd Floor, Sacramento, California 95814, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel. If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e).

S:\MOATT\Cmshords\02.07\dt\06-15316.wpd

06-15316

The opening brief and excerpts of record are due April 6, 2007; the answering brief is due May 7, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

*Peter L. Shaw*
General Order 6.3(e)