**FILED**

NOV 0 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 3 1 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>    Petitioner - Appellant,<br><br>  v.<br><br>GAIL LEWIS, Warden,<br><br>    Respondent - Appellee. | No. 06-15316<br><br>D.C. No. CV-02-00081-FCD/JFM<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Appellant's motion for an extension of time in which to file the opening brief is granted. The opening brief is due December 3, 2007; the answering brief is due January 2, 2008; and the optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

                          For the Court:

                          CATHY A. CATTERSON
                          Clerk of the Court:

                          Cathie A. Gottlieb
                          Deputy Clerk
                          Ninth Cir. R. 27-7/Advisory Note to Rule 27
                          and Ninth Circuit 27-10

pro 10.29