**RECEIVED NOV 13 2008**

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**
**NOV 12 2008**

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>    Petitioner - Appellant,<br><br>V.<br><br>GAIL LEWIS,<br><br>    Respondent - Appellee. | No. 06-15316<br>D.C. No. CV-02-00081-FCD/JFM<br>Eastern District of California,<br>Sacramento<br><br>MANDATE |

**FILED**
**NOV 25 2008**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 
DEPUTY CLERK

The judgment of this Court, entered 08/20/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Rhonda Roberts
Deputy Clerk